RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front, Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Ryan.Weldon@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUN 25 2025

Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRADY ALLEN BATISTA, <br><br> Defendant. | CR 25-32-M-DWM <br><br> **INDICTMENT** <br><br> **WIRE FRAUD (Counts 1-9)** <br> Title 18 U.S.C. § 1343 <br> (Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **MONEY LAUNDERING (Counts 10-17)** <br> Title 18 U.S.C. § 1957 <br> (Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **AGGRAVATED IDENTITY THEFT (Counts 18-24)** <br> Title 18 U.S.C. §§ 1028A(a)(1), 2 <br> (Penalty: Two years of imprisonment in addition to punishment for underlying felony, $250,000 fine, and one year of supervised release) |

1

THE GRAND JURY CHARGES:

## COUNTS 1-9 - WIRE FRAUD

That in or about March 2023, and continuing thereafter until in or about February 2025, at Missoula and Kalispell, in Missoula and Flathead Counties, in the State and District of Montana, and elsewhere, the defendant, BRADY ALLEN BATISTA, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, knowingly transmitted and caused to be transmitted by means of wire communication, in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

## THE SCHEME

During the period of the indictment, it was part of the material scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, that the defendant, BRADEY ALLEN BATISTA, fraudulently claimed to victims he could obtain interests in real property, pontoon boats, F1 racing tickets and vacations, and Super Bowl tickets. According to BATISTA, the money his victims spent on these ventures would result in lucrative investments and returns of money. To cover up and perpetuate the fraud, BATISTA would take money from one victim

2

and use it to repay another victim, in whole and in part, to lull victims into continuing with their investments and delay any reporting of the fraud.

More specifically, in March 2023 BATISTA contacted John Doe 1 about purchasing a pontoon boat from John Doe 2.  On or about March 8, 2023, John Doe 1 wired BATISTA $45,000.00 to purchase the pontoon boat from John Doe 2. The boat never arrived, and John Doe 1 eventually contacted John Doe 2 about the delay in delivering the pontoon boat.  John Doe 2 explained he never had a pontoon boat for sale, meaning BATISTA fraudulently claimed he would use John Doe 1's money to purchase a pontoon boat from John Doe 2.  In truth and reality, BATISTA had a bank account balance of $0.86 prior to receiving the $45,000.00 from John Doe 1.  The following day, March 9, 2023, BATISTA transferred $30,000.00 to his father, none of which was used to purchase a pontoon boat and none of which was authorized by John Doe 1.

BATISTA contacted John Doe 1 about investing in a vacation for F1, which was car racing.  BATISTA fraudulently represented John Doe 4 was selling the vacation.  On April 10, 2023, John Doe 1 transferred $19,000.00 to BATISTA for the purchase of the vacation.  In truth and reality, BATISTA had a negative bank account balance of -249.40 prior to receiving the $19,000.00 from John Doe 1.  BATISTA did not use the money, in whole and in part, to purchase a F1

vacation as claimed. John Doe 4 was also never involved in the sale of a vacation, as BATISTA claimed.

In October 2023, BATISTA approached John Doe 1 and offered an investment in a condominium located in Wailea, Hawaii. BATISTA fraudulently claimed the property was owned by John Doe 2 and Jane Doe 1. BATISTA also claimed John Doe 3, a prominent Missoula lawyer, drafted and created an agreement for John Doe 1 to sign. In truth and reality, John Doe 2 and Jane Doe 1 did not own the Hawaiian property. BATISTA likewise fraudulently used the letterhead of John Doe 3, who never represented BATISTA in the land transaction as BATISTA claimed.

In 2023 and until 2025, BATISTA told victims he had an inside-track to purchase Super Bowl tickets for approximately $1,800.00 that could then be resold for significant sums of money. When victims paid BATISTA money for upcoming Super Bowl tickets, BATISTA used the money to pay for Super Bowl tickets for prior years, and BATISTA did not use the money as claimed, in whole and in part, none of which was authorized and approved by the victims.

In one instance, on August 3, 2023, John Doe 1 wired $50,000.00 to BATISTA for the purchase of 2024 Super Bowl tickets. Prior to the deposit, BATISTA had a negative bank account balance of -$27.76. The following day, August 4, 2023, BATISTA purchased a vehicle for $32,862.00, none of which was

authorized by John Doe 1. Additionally, on September 11, 2023, John Doe 1 wired $30,000.00 to BATISTA for the purchase of 2024 Super Bowl tickets. Prior to the deposit, BATISTA had a bank account balance of $9.95. The following day, September 12, 2023, BATISTA purchased a cashier's check payable to himself in the amount of $17,500.00 and paid his credit card totaling $15,598.88, none of which was authorized by John Doe 1. On November 7, 2023, John Doe 1 wired $25,000.00 to BATISTA for the purchase of 2024 Super Bowl tickets. Prior to the deposit, BATISTA had a bank account balance of $1.18. On the same day, BATISTA fraudulently paid a local painter $18,000.00 to paint his house, none of which was authorized by John Doe 1.

Similarly, on March 8, 2024, John Doe 5 wired $108,000.00 to BATISTA for the purchase of 2025 Super Bowl tickets. Rather than purchase the 2025 Super Bowl tickets as claimed, BATISTA, among other things, fraudulently wired money to pay an unrelated debt to John Doe 1, paid his mortgage, and deposited the money in an investment account, none of which was authorized by John Doe 5. On May 2, 2024, John Doe 5 paid BATISTA and additional $25,200.00, again for the purchase of 2025 Super Bowl tickets. Rather than purchase the 2025 Super Bowl tickets as claimed, BATISTA, among other things, fraudulently purchased a cashier's check to repay an unrelated debt to John Doe 1, none of which was authorized by John Doe 5.

When victims began questioning the veracity of BATISTA's claims, BATISTA created fake emails, text messages, and other legal documents to further substantiate his claims that the deals and investments were legitimate.

THE INTERSTATE AND FOREIGN WIRE COMMUNICATIONS

During the period of the indictment, BRADY ALLEN BATISTA, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, as described herein, and for the purpose of executing the scheme to defraud, knowingly transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, as outlined in the chart below, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, that is, checks and electronic transmissions from the State and District of Montana to Minnesota, Texas, Virginia, New Jersey, Georgia, and elsewhere, all in violation of 18 U.S.C. § 1343.

| Count | Date | Account/Check Number | Amount |
|---|---|---|---|
| 1 | March 8, 2023 | 7437 | $45,000.00 |
| 2 | April 25, 2023 | 7437 | $100,000.00 |
| 3 | August 3, 2023 | 7437 | $50,000.00 |
| 4 | September 11, 2023 | 7437 | $30,000.00 |
| 5 | November 7, 2023 | 7437 | $25,000.00 |

| 6 | February 7, 2024 | 2002 | $107,856.00 |
| 7 | February 7, 2024 | 2002 | $137,520.00 |
| 8 | March 8, 2024 | 7718 | $108,000.00 |
| 9 | May 2, 2024 | 7718 | $25,200.00 |

## COUNTS 10-17
## MONEY LAUNDERING – SPENDING STATUTE

That in or about March 2023, and continuing thereafter until in or about May 2024, at Missoula and Missoula County, in the State and District of Montana, and elsewhere, the defendant, BRADY ALLEN BATISTA, knowingly engaged, and attempted to engage, in a monetary transaction in the United States, in criminally derived property of a value greater than $10,000, as described in the table below, which was derived from specified unlawful activity, that is wire fraud as alleged in this indictment, all in violation of 18 U.S.C. § 1957.

| Count | Date | Amount | Account |
|---|---|---|---|
| 10 | March 9, 2023 | $30,000.00 | 7437 |
| 11 | April 25, 2023 | $100,000.00 | 7437 |
| 12 | April 27, 2023 | $100,000.00 | 281523 |
| 13 | August 4, 2023 | $32,862.00 | 7437 |
| 14 | September 12, 2023 | $17,500.00 | 7437 |
| 15 | November 7, 2023 | $18,000.00 | 7437 |
| 16 | March 13, 2024 | $93,000.00 | 7718 |
| 17 | May 2, 2024 | $23,000.00 | 7718 |

## COUNT 18 - AGGRAVATED IDENTITY THEFT

That in or about March 2023, and continuing thereafter until in or about February 2025, at Missoula, within Missoula County, in the State and District of Montana, and elsewhere, the defendant, BRADY ALLEN BATISTA, knowingly possessed and used, without lawful authority, a means of identification of Jane Doe 1, during and in relation to the felony violation of wire fraud, in violation of 18 U.S.C. §§ 1028(A)(a)(1).

## COUNT 19 - AGGRAVATED IDENTITY THEFT

That in or about March 2023, and continuing thereafter until in or about February 2025, at Missoula, within Missoula County, in the State and District of Montana, and elsewhere, the defendant, BRADY ALLEN BATISTA, knowingly possessed and used, without lawful authority, a means of identification of John Doe 2, during and in relation to the felony violation of wire fraud, in violation of 18 U.S.C. §§ 1028(A)(a)(1).

## COUNT 20 - AGGRAVATED IDENTITY THEFT

That in or about March 2023, and continuing thereafter until in or about February 2025, at Missoula, within Missoula County, in the State and District of Montana, and elsewhere, the defendant, BRADY ALLEN BATISTA, knowingly possessed and used, without lawful authority, a means of identification of John

Doe 3, during and in relation to the felony violation of wire fraud, in violation of 18 U.S.C. §§ 1028(A)(a)(1).

### COUNT 21 - AGGRAVATED IDENTITY THEFT

That in or about March 2023, and continuing thereafter until in or about February 2025, at Missoula, within Missoula County, in the State and District of Montana, and elsewhere, the defendant, BRADY ALLEN BATISTA, knowingly possessed and used, without lawful authority, a means of identification of John Doe 4, during and in relation to the felony violation of wire fraud, in violation of 18 U.S.C. §§ 1028(A)(a)(1).

### COUNT 22 - AGGRAVATED IDENTITY THEFT

That in or about March 2023, and continuing thereafter until in or about February 2025, at Missoula, within Missoula County, in the State and District of Montana, and elsewhere, the defendant, BRADY ALLEN BATISTA, knowingly possessed and used, without lawful authority, a means of identification of John Doe 6, during and in relation to the felony violation of wire fraud, in violation of 18 U.S.C. §§ 1028(A)(a)(1).

### COUNT 23 - AGGRAVATED IDENTITY THEFT

That in or about March 2023, and continuing thereafter until in or about February 2025, at Missoula, within Missoula County, in the State and District of Montana, and elsewhere, the defendant, BRADY ALLEN BATISTA, knowingly

possessed and used, without lawful authority, a means of identification of John Doe 7, during and in relation to the felony violation of wire fraud, in violation of 18 U.S.C. §§ 1028(A)(a)(1).

### COUNT 24 - AGGRAVATED IDENTITY THEFT

That in or about March 2023, and continuing thereafter until in or about February 2025, at Missoula, within Missoula County, in the State and District of Montana, and elsewhere, the defendant, BRADY ALLEN BATISTA, knowingly possessed and used, without lawful authority, a means of identification of John Doe 8, during and in relation to the felony violation of wire fraud, in violation of 18 U.S.C. §§ 1028(A)(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney